STATE OF NEW JERSEY v. LUIS GARCIA.

May 8, 1989.

Petition for certification denied.

GERMAINE GIBBS, ET AL. v. HAROLD HOROWITZ AND VOLKS-
WAGEN OF AMERICA INC., ET AL.

May 8, 1989.

Petition for certification denied.

GASPARE RAGUSA, ET AL. v. DR. CHI YEUNG LAU, ET AL.

May 8, 1989.

Petition for certification granted.

GASPARE RAGUSA, ET AL. v. DR. CHI YEUNG LAU, ET AL.

May 8, 1989.

Cross-petition for certification denied.